UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

Filed 6-23-15
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | NO. SA-14-CR-394-1-FB |
| MARWAN HACHEM | § | |

## ORDER

BE IT REMEMBERED that on this date came on for consideration the Motion For Substitution Of Counsel and it is hereby ORDERED that this motion is

(GRANTED)

DENIED.

SIGNED and ENTERED this 23 day of June, 2015.

FRED BIERY
CHIEF U.S. DISTRICT JUDGE